UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAVIER GUTIERREZ-CHAVEZ,<br><br>        Defendant. | No. 1:19mj00023 SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

[X]  The defendant is to be transported to the Northern District of California – Oakland Division. as soon as practicable.

This finding is based on the reasons stated on the record.


Dated: **January 31, 2019**          /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE